IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIME ESPINOZA,

    Petitioner,      No. CIV S-07-2730 MCE EFB P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Respondents.      ORDER TO SHOW CAUSE

_____/

    Petitioner is a state prisoner proceeding *in propria persona* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges former California Governor Arnold Schwarzenegger's reversal of the February 26, 2004 decision by the Board of Parole Hearings finding petitioner suitable for parole. He claims that the Governor's action violated his right to due process.

    This court has independently verified that petitioner was released on parole on June 11, 2009. "[A] case becomes moot 'when the issues presented are no longer "live" or the parties lack a legally cognizable interest in the outcome.'" *Murphy v. Hunt*, 455 U.S. 478, 481 (1982), (*quoting United States Parole Comm'n v. Geraghty*, 445 U.S. 388, 396 (1980)) (*quoting Powell v. McCormack*, 395 U.S. 486, 496 (1969)). A case properly brought in the first instance is rendered moot when "interim relief or events have completely and irrevocably eradicated the

1

effects of the alleged violation." *Chang v. United States*, 327 F.3d 911, 918 -919 (9th Cir. 2003) (quoting *County of Los Angeles v. Davis*, 440 U.S. 625, 631 (1979)).

Accordingly, it is hereby ORDERED that, within thirty days from the date this order is served, petitioner shall show cause why this action should not be dismissed as moot.

DATED: February 10, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2